UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| PLASTIC THE MOVIE LIMITED, | ) |
| Plaintiff, | ) Case No. 3:15-cv-00384-BJD-JBT |
| v. | ) |
| JOHN DOE subscriber assigned IP address 67.190.244.196, | ) |
| Defendant. | ) |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Plastic the Movie Limited ("Plaintiff"), moves for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

1. "When an act may or must be done within a specified time, the court may, for good cause, extend the time[.]" Fed. R. Civ. P. 6(b). Good cause for failure to serve exists "when some outside factor, such as reliance on faulty advice, rather than inadvertence or negligence, prevented service." *Lepone–Dempsey v. Carroll Cnty. Commis.*, 476 F.3d 1277, 1281 (11th Cir. 2007). However, even if "a plaintiff fails to show good cause for failure to serve the defendant, 'the district court must still consider whether any other circumstances warrant an extension of time based on the facts of the case.'" *In re Traysol Prods. Liab. Litig.–MDL–1928*, 503 Fed.Appx. 850, 857 (11th Cir. 2013) (quoting *Lepone–Dempsey*, 476 F.3d at 1282).

2. On April 21, 2015, Plaintiff filed its Motion for Leave to Serve a Third Party Subpoena [CM/ECF 7].

3. An Order was entered on April 22, 2015 taking under advisement Plaintiff's Motion for Leave to File Third Party Subpoena and requested that Plaintiff file the subject subpoena to seek approval by this Court [CM/ECF 8].  On April 23, 2015 Plaintiff complied with the April 22nd Order and filed its proposed subpoena [CM/ECF 9].

4. On May 4, 2015 this Court denied leave to serve a third party subpoena [CM/ECF 10]. This Order also stated that Plaintiff may refile its motion and shall not request Defendant's telephone number, e-mail address and Media Access Control.

5. Subsequently, Plaintiff filed a Second Motion for Leave to Serve Third Party on May 13, 2015 [CM/ECF 11].

6. On May 26, 2015, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Cable Holdings, LLC, to obtain the Defendant's identifying information [CM/ECF 12]. On May 27, 2015, Plaintiff issued the subpoena to Defendant's ISP. The ISP responded to the subpoena on July 14, 2015.

7. Plaintiff is currently in the process of investigating this matter and will determine whether or not to amend its Complaint naming defendant.

8. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on Defendant no later than July 27, 2015.

9. Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended an additional sixty (60) days or until September 25, 2015.

10. This extension is not for unjust delay and will not jeopardize the Defendant in any way.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended an additional sixty (60) days or until September 25, 2015.

Dated:   July 27, 2015

Respectfully submitted,

/s/ *David F. Tamaroff*
**DAVID F. TAMAROFF**
Fla. Bar No. 92084
david@tamarofflaw.com
**DANIEL F. TAMAROFF**
Fla. Bar No. 92083
dan@tamarofflaw.com
**TAMAROFF & TAMAROFF, P.A.**
169 East Flagler Street, Suite 1633
Miami, Florida 33131
Tel:   (305)   350-7440
Fax:   (305)   350-7441
admin@tamarofflaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:   /s/ *David F. Tamaroff*